**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
_____

UNITED STATES OF AMERICA,

        v.                                      03-CR-20-A
                                             **ORDER**

WILLIE MULL,

        Defendant.

_____

        In 2003, the Court sentenced Mr. Mull to twelve months and one day's imprisonment after he pled guilty to a narcotics offense. Mull, proceeding *pro se*, now seeks an order "seal[ing] [his] criminal record." Docket No. 30. He notes that, since his conviction, he has been working steadily, earned a degree in electronics, and is scheduled to earn a degree in electrical engineering in May 2019. Mull states that he would like "a fresh new start at life," and that "the jobs that [he] will be applying for in the future may ask for background checks." *Id.* at 3. Mull fears that his conviction may affect his ability to obtain a job. *Id.*

        The Court appreciates Mull's concern, and the Court believes that Mull's commitment to bettering himself is very commendable. The Second Circuit, however, has held that district courts lack subject-matter jurisdiction to expunge or seal criminal convictions. *See Doe v. United States*, 833 F.3d 192 (2d Cir. 2016).

        Mull's motion is therefore denied for lack of jurisdiction.

**SO ORDERED.**

Dated: August 31, 2018                         _s/Richard J. Arcara_____
     Buffalo, New York                   HONORABLE RICHARD J. ARCARA
                                                 UNITED STATES DISTRICT JUDGE